UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO COMMUNITY HOSPITAL, etc., <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF TRUSTEES, etc., <br><br> Defendant | 1:07-cv-0664 OWW SMS <br><br><br><br> ORDER DISMISSING ACTION <br> PURSUANT TO STIPULATION |

**Pursuant to the stipulation submitted by the parties, this action is ordered dismissed with prejudice.** IT IS SO ORDERED.

**Dated:   July 6, 2007**          /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE