UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FRESNO COMMUNITY HOSPITAL,   )
etc.,                        )    1:07-CV-0664 OWW SMS
                             )
            Plaintiff,       )
                             )         CORRECTED
     v.                      )  ORDER DISMISSING ACTION
                             )  PURSUANT TO STIPULATION
BOARD OF TRUSTEES, etc.,     )
                             )
                             )
            Defendant.       )
                             )
_____)
```

Pursuant to the stipulation submitted by the parties, this action is ordered dismissed pursuant to the provisions of Fed. R. Civ. P. 41(a)(1).

IT IS SO ORDERED.

**Dated:   July 31, 2007**                     /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1